IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sledge, Derrick C

Printed: 01/22/09

Case Number: 08 B 04920
Judge: Squires, John H
Filed: 3/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 14, 2009
Confirmed: June 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,683.73 |  |
| Secured: |  | 12,816.23 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,774.00 |
| Trustee Fee: |  | 1,084.90 |
| Other Funds: |  | 8.60 |
| Totals: | 16,683.73 | 16,683.73 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & Gleason | Administrative | 2,774.00 | 2,774.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 13,797.00 | 8,172.25 |
| 7. | HSBC Mortgage Services | Secured | 5,889.20 | 3,552.32 |
| 8. | Cook County Treasurer | Secured | 4,052.74 | 336.28 |
| 9. | Hillside Water Billing | Secured | 500.00 | 41.67 |
| 10. | City Of Chicago | Secured | 500.00 | 41.67 |
| 11. | Ocwen Loan Servicing LLC | Secured | 19,136.24 | 241.50 |
| 12. | Litton Loan Servicing | Secured | 23,929.16 | 301.96 |
| 13. | Ocwen Loan Servicing LLC | Secured | 10,189.04 | 128.58 |
| 14. | HSBC Mortgage Services | Secured | 637.00 | 0.00 |
| 15. | Internal Revenue Service | Priority | 2,000.00 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 49.41 | 0.00 |
| 17. | Innovative Merchant Solutions | Unsecured | 33.00 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 134.85 | 0.00 |
| 19. | Genesis Financial Services Corp | Unsecured | 49.31 | 0.00 |
| 20. | Sprint Nextel | Unsecured | 125.67 | 0.00 |
| 21. | First Midwest Bank | Unsecured | 9.27 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 105.59 | 0.00 |
| 23. | American Express | Unsecured | 295.96 | 0.00 |
| 24. | Cottonwood Financial Ltd | Unsecured | 175.75 | 0.00 |
| 25. | Monterey Financial Services | Unsecured | 43.90 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 471.65 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sledge, Derrick C | Case Number: | 08 B 04920 |
| | | Judge: | Squires, John H |
| Printed: 01/22/09 | | Filed: | 3/2/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | American Express | Unsecured | 664.97 | 0.00 |
| 28. | City Of Chicago Dept Of Revenue | Unsecured | 210.00 | 0.00 |
| 29. | HVAC Tech | Unsecured | 338.90 | 0.00 |
| 30. | Emergency Healthcare Physicians | Unsecured | 19.35 | 0.00 |
| 31. | Brother Loan & Finance | Unsecured | 161.38 | 0.00 |
| 32. | United Mortgage & Loan Investment Corp | Unsecured | 7,916.17 | 0.00 |
| 33. | City Of Chicago | Unsecured | 65.64 | 0.00 |
| 34. | I C Systems Inc | Unsecured | 20.50 | 0.00 |
| 35. | West Suburban Medical Center | Unsecured | 53.35 | 0.00 |
| 36. | NorthStar Credit Union | Unsecured | 1,988.72 | 0.00 |
| 37. | Advance America | Unsecured | | No Claim Filed |
| 38. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 39. | Credit Protection Association | Unsecured | | No Claim Filed |
| 40. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 41. | Professional Recovery System | Unsecured | | No Claim Filed |
| 42. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 43. | I C Systems Inc | Unsecured | | No Claim Filed |
| 44. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 45. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 46. | NorthStar Credit Union | Unsecured | | No Claim Filed |
| 47. | Village Of Bellwood | Unsecured | | No Claim Filed |
| 48. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 49. | Professional Recovery System | Unsecured | | No Claim Filed |
| 50. | Fremont Investment & Loan | Unsecured | | No Claim Filed |
| 51. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 96,337.72 | $ 15,590.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,019.35 |
| 6.6% | 65.55 |
| | $ 1,084.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief is proper.

Marilyn O. Marshall, Trustee, by:

